## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**WILLIAM RAY BEATTY, individually and**
**as Administrator of the Estate of Rebecca**
**Esterline-Brixey, Deceased**                                          **PLAINTIFF**

v.                                        **Case No. 4:20-cv-01428 KGB**

**JEFFERSON COUNTY ARKANSAS,** *et al.*                    **DEFENDANTS**

### ORDER

Before the Court is unopposed plaintiff's motion for continuance by consent (Dkt. No. 22). Plaintiff William Ray Beatty, with the consent of defendants, requests that the Court continue the trial and extend discovery deadlines (*Id.*). For good cause shown, the Court grants the motion (*Id.*). The Court removes this case from the trial calendar and suspends all discovery and pretrial deadlines. The Court will set a new trial date and deadlines by separate order.

It is so ordered this 8th day of July, 2022.

Kristine G. Baker
United States District Judge